## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 3643 |
|---|---|

WILLIE EDWARDS v. DEPUTY SHERIFF TIEDJE #1276
and the COUNTY OF LAKE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEPUTY SHERIFF ROBERT TIEDJE and THE COUNTY OF LAKE

| |
|---|
| NAME (Type or print)<br>GUNNAR GUNNARSSON, ASSISTANT STATE'S ATTORNEY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  GUNNAR GUNNARSSON |
| FIRM<br>LAKE COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS<br>18 NORTH COUNTY STREET   3RD FLOOR |
| CITY/STATE/ZIP<br>WAUKEGAN, IL 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>#6198562 | TELEPHONE NUMBER<br>(847)377-3050 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐