IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3643 |
| | ) | |
| DEPUTY SHERIFF TIEDJE #1276 and | ) | Judge Guzman |
| the COUNTY OF LAKE, | ) | |
| | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

To:  Blake Horwitz
 Horwitz, Richardson &
 Baker LLC
 Two First National Plaza
 20 S. Clark St. Ste 500
 Chicago, IL 60603

Please take notice that on Thursday August 7, 2008, at 9:30 a.m., the undersigned shall appear before the Honorable Judge Ronald A. Guzman, or any judge sitting in his stead, in the Courtroom usually occupied by him in Room 1219 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL and then and there present the Defendants' Motion to Dismiss Counts III, IV, VI and VIII of the Complaint. A copy of which is attached hereto and hereby served upon you.

 s/Tara Ori
 Assistant State's Attorney

Michael J. Waller
State's Attorney of Lake County
Tara Ori # 06282033
Gunnar Gunnarsson #06198562
Assistant State's Attorney
18 North County Street
Waukegan, IL 60085
(847) 377-3050

<u>PROOF OF SERVICE</u>

    I, Tara Ori, under penalties as provided by Rule 5 of the Federal Rules of Civil Procedure, certify that I served a copy of the foregoing to the attorney listed above, by electronic mail on July 18, 2008.

s/Tara Ori