IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE EDWARDS , <br><br> Plaintiff, <br><br> v. <br><br> DEPUTY SHERIFF TIEDJE # 1276 and the COUNTY OF LAKE, <br><br> Defendants. | Case No.  08 CV 3643 <br><br> Honorable Judge Guzman <br> Magistrate Judge Denlow |

### Report of Parties' Planning Meeting

1.  **Meeting.**   Pursuant to FED. R. Civ. P. 26(f) and this Honorable Court's standing initial order, on August 21, 2008, the following attorneys of record conferred and prepared this report:

    Rachelle Sorg for Plaintiff;

    Gunnar Gunnarsson and Tara Ori for Defendants.

2.  **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

    a.   Disclosures pursuant to Pursuant to FED. R. CIV. 26(a)(1) to be made by September 15, 2008.  All discovery to be commenced in time to be completed by December 31, 2008.

    b.   The parties expect they will need approximately 6 depositions.

    c.   Both parties reserve disclosing experts pursuant to Rule 26(a)(2).  At this time, the parties respectfully request a discovery status in early January to apprise the court of any outstanding discovery issues and/or set an expert discovery schedule.

3.  **Settlement.** On August 21, 2008, Plaintiff made an oral demand to the Defendants.

4.  **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.


Date: August 21, 2008

By: /s/ Rachelle Sorg #6287455
*Attorney for Plaintiff*
Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, IL  60603


/s/ Tara Ori # 06282033
/s/ Gunnar Gunnarsson #06198562
*Attorneys for Defendants*
Assistant States Attorneys
18 N. County Street
Waukegan, IL 60085