**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIE EDWARDS , <br><br>  Plaintiff, <br><br> v. <br><br> DEPUTY SHERIFF TIEDJE # 1276 and the COUNTY OF LAKE, <br><br>  Defendants. | <br><br><br><br> Case No.  08 CV 3643 <br><br> Honorable Judge Guzman <br> Magistrate Judge Denlow |

**NOTICE OF FILING**

Please take notice that on August 21, 2008, the attached *Report of Parties' Planning Meeting* was electronically filed with the Northern District of Illinois at the Dirksen Building, 219 S Dearborn, Chicago, Illinois.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF FILING AND REPORT OF PARTIES' PLANNING MEETING

to be filed electronically with the Clerk of Court through ECF, and delivered via the ECF system to the following:

| | |
|---|---|
| Blake Horwitz | bhorwitz@hrbattorneys.com |
| Rachelle M. Sorg | rsorg@hrbattorneys.com |
| Gunnar Gunnarsson | GGunnarsson@co.lake.il.us |
| Tara Ori | TOri@co.lake.il.us |

                  Respectfully Submitted,

                  /s/ Rachelle M. Sorg
                  Attorney for the Plaintiff

**HORWITZ, RICHARDSON & BAKER LLC**
Two First National Plaza
20 S. Clark St. Suite 500
Chicago, Illinois 60603
Ph (312) 676-2100
Fax (312) 372-7076