**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Willie Edwards
                    Plaintiff,

v.                                      Case No.: 1:08−cv−03643
                                           Honorable Ronald A. Guzman

Tiedje, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 8/27/2008. All discovery ordered closed by 12/31/2008. Plaintiff's oral motion to enlarge time to respond to motion by Defendants Tiedje, County of Lake to dismiss to dismiss [12] is granted. Response due 9/10/08. Reply due 9/24/08. Ruling to be by mail. Status hearing set for 1/7/2009 at 09:30 AM. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.